**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                Case No. 3:06-cr-237-J-33MMH

DONALD HARRIS JENKINS

_____

## O R D E R

This cause came on to be heard on the Motion to Withdraw as Counsel of Record (Doc. #31; Motion). At the hearing, Defendant and his counsel **WITHDREW** both the Motion and Defendant's Motion to Withdraw His Plea of Guilty (Doc. #30).

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of November, 2006.

                                        /s/         Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED   STATES   MAGISTRATE   JUDGE

Copies furnished to:

U.S. Attorney (Henry)
Clyde Collins, Esquire
Defendant